**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,     :
     :
     :     **20 CR 473(VM)**
   -against-     :     **ORDER**
     :
SAIBO SIDIBEH et al.,     :
     :
     Defendants.  :
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/21
```

**VICTOR MARRERO, U.S.D.J.:**

Counsel for Defendant Demba Diakite ("Diakite") filed a letter motion dated December 14, 2021 requesting that Diakite's present bail conditions be modified to remove curfew and location monitoring for employment purposes. (See Dkt. No. 141). The Government and Diakite's Supervision Specialist agree with the modification request. (See id.)

It is hereby ordered that Diakite's bail conditions be modified to remove curfew and location monitoring for the purpose of employment.

**SO ORDERED:**

Dated:   New York, New York
       15 December 2021

                               Victor Marrero
                                U.S.D.J.