```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :      **20 CR 473 (VM)**
         -against-                 :
                                   :      <u>ORDER</u>
DEMBA DIAKITE,                     :
                                   :
                   Defendant.      :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a sentencing of the above-named defendant shall be set for September 9, 2022 at 1:00 PM.

**SO ORDERED:**

Dated: New York, New York

   26 May 2022

_____
Victor Marrero
U.S.D.J.