**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,             :
                                      :     **20 CR 473 (VM)**
         -against-                    :
                                      :     <u>**ORDER**</u>
DEMBA DIAKITE,                        :
                                      :
             Defendant.               :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Defendant's unopposed request (Dkt No. 203) to adjourn the sentencing hearing scheduled for September 9, 2022 is hereby GRANTED. The sentencing of the above-named defendant shall be scheduled for September 30, 2022 at 1:00 PM.

**SO ORDERED:**

Dated: New York, New York
       25 August 2022

Victor Marrero
U.S.D.J.