**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :       **20 CR 473 (VM)**
        -against-                   :
                                    :       **ORDER**
DEMBA DIAKITE,                      :
                                    :
              Defendant.            :
------------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

Defendant's unopposed request (Dkt No. 209) to adjourn the sentencing hearing scheduled for September 30, 2022 is hereby GRANTED. The sentencing of the above-named defendant shall be rescheduled for December 9, 2022 at 1:00 PM.

**SO ORDERED:**

Dated: New York, New York
       22 September 2022

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.