# —Koch Law, PLLC—

December 5, 2022

**Hon. Victor Marrero**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  12/6/22

*Via USPS*

> RE:   United States v. Demba Diakite (1:20-Cr-00473-VM-6)
>        Adjournment Request

Dear Judge Marrero:

    As Counsel for the defendant, Demba Diakite, I am seeking an adjournment of the sentencing hearing scheduled for December 9, 2022 at 1:00 p.m.  The defense is respectfully requesting this matter to be adjourned because we are waiting for medical records from the defendant's father.

    We have spoken with AUSA Andrew Rohrbach and the Government does not have an objection to this request.

    Accordingly, we hereby request a 60-day adjournment for the sentencing hearing in this matter.  Thank you for your attention to this matter.

Very respectfully,

/s/ Lee Koch

Lee A. Koch, Esq.

Cc: AUSA Andrew Rohrbach



Request **GRANTED.** The Court hereby adjourns the sentencing of Dembia Diakite from December 9, 2022 at 1:00 PM to February 10, 2023 at 1:00 PM.

**SO ORDERED.**

12/6/2022
DATE

VICTOR MARRERO, U.S.D.J.