

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023
```

**BY ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          RE:    *United States v. Demba Diakite*, 20 Cr. 473 (VM)

Dear Judge Marrero:

        The Government respectfully writes regarding the bond for the defendant Demba Diakite.

        On August 19, 2020, the Hon. Stewart D. Aaron, United States Magistrate Judge, held an initial appearance for the defendant and imposed, among other conditions of release, a $50,000 personal recognizance bond co-signed by one financially responsible person and one person of moral suasion. (Dkt. No. 38). Approximately one week ago, the Government learned that the defendant's co-signer as a financially responsible person, Ms. Hawa Saho, is no longer in contact with the defendant and no longer wishes to be a co-signer on his bond. The Government has conferred with defense counsel, and the defendant has not yet been able to provide an alternative co-signer.

        In the Government's view, Ms. Saho is no longer an appropriate co-signer for the defendant. Accordingly, the Government respectfully requests that Ms. Saho be released from the bond, and the defendant be directed to provide an alternative financially responsible person as a co-signer within one week of the Court's order or appear for a violation proceeding.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

---

```
REQUEST GRANTED. The Court hereby
releases Hawa Saho from her position as a
co-signer on Demba Diakite's personal
recognizance bond. Defendant Diakite is
directed to provide an alternative
financially responsible person as a co-
signer within one (1) week of this Order.

SO ORDERED
17 JANUARY 2023   Victor Marrero, U.S.D.J.
```