```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

DEMBA DIAKITE,

               Defendant.

20-cr-0473

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government is directed to respond within 60 days to the matters set forth by Defendant Diakite in his motion entered at Dkt. No. 314.

**SO ORDERED.**

Dated:    27 November 2023
            New York, New York

                                        _____
                                        Victor Marrero
                                          U.S.D.J.